## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JODI GILL**, as representative and next friend of **GLENN OSCAR GILL**, a Long Term Care Facility Resident, on his behalf and on behalf of all other similarly situated, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>**PENNSYLVANIA DEPT. OF HEALTH**,<br>    *Defendant.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br><br><br>No. 20-2038 |

## ORDER

**AND NOW**, this 19th day of May 2020, upon consideration of Plaintiffs' Motion to Certify Class (ECF No. 7), it is hereby **ORDERED** that Plaintiffs' Motion to Certify Class (ECF No. 7) is **DENIED** without prejudice to re-file after Defendant has the opportunity to plead to the Amended Complaint and the Court has the opportunity to issue a Scheduling Order after the parties have met and conferred, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and a Rule 16 conference has been held.

BY THE COURT:

/s/ Chad F. Kenney
CHAD F. KENNEY, J.