IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODI GILL, as Representative and Next Friend of GLENN OSCAR GILL, a Long Term Care Facility Resident, on his behalf and on behalf of all others Similarly Situated<br><br>and<br><br>GREG HUBERT, as Representative and Next Friend of NETHIA KNIGHT, a Long Term Care Facility Resident, on her behalf and on behalf of all others Similarly Situated<br><br>               Plaintiffs,<br><br>               vs.<br><br>PENNSYLVANIA DEPARTMENT OF HEALTH and RACHEL LEVINE, M.D. In Her Official Capacity as Secretary of Health of the Commonwealth of Pennsylvania<br><br>               Defendants | Hon. Chad Kenney<br><br>Case No. 20-cv-02038<br><br>**MOTION FOR EXPANSION OF PAGE LIMITATIONS** |

Robert L. Sachs, Jr. Esq. (#41355)
Theresa M. Blanco, Esq. (#77468)
Shrager & Sachs
2300 One Commerce Square
2005 Market Street
Philadelphia PA 19103
rsachs@shragerlaw.com
tblanco@shragerlaw.com
(215) 568-7771

Peter D. Giglione, Esq. (#89523)
Massa, Butler, Giglione
Three Gateway Center
Suite 1543
401 Liberty Avenue
Pittsburgh, PA 15222
(412) 338-1800
pgiglione@mbp-law.com
*Attorneys for Plaintiffs and the Class*

Martin S. Kardon, Esq. (#26759)
Kanter, Bernstein & Kardon PC
1617 JFK Boulevard, Suite 1150
Philadelphia, PA 19103
215-568-5885
kardon@kbklaw.com

Robert F. Daley, Esq.(#81992)
D. Aaron Rihn, Esq.
Robert Peirce & Associates, P.C.
707 Grant Street, Suite 125
Pittsburgh PA 15219
(412) 281-7229
bdaley@peircelaw.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATION OF COMPLIANCE WITH RULE 7.1

Pursuant to LR 7.1, Plaintiffs certify that they attempted to confer with counsel for Defendant, Pennsylvania Department of Health via email on June 1, 2020 concerning their position with regard to the expansion of the brief page limitations. Plaintiffs have received no response.

## MOTION TO EXPAND PAGE LIMITATIONS

Plaintiffs respectfully move the Court for leave to file an oversized memorandum in support of Plaintiff's Motion for Preliminary Injunction. Plaintiffs request leave to file up to 15 additional pages (up to 40 pages in total) in order to fully address the complex arguments in support of Plaintiffs' motion.

                                        Respectfully submitted,

                                        **SHRAGER & SACHS**

                                        BY:  /s/ Theresa M. Blanco
                                        Robert L. Sachs, Jr., Esquire
                                        Theresa M. Blanco, Esquire
                                        Co-counsel for Plaintiffs
                                        *On Behalf of All Co-Counsel*

June 1, 2020