IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODI GILL, as Representative and Next Friend of GLENN OSCAR GILL, a Long Term Care Facility Resident, on his behalf and on behalf of<br>all others Similarly Situated<br><br>and<br><br>GREG HUBERT, as Representative and Next Friend of NETHIA KNIGHT, a Long Term Care Facility Resident, on her behalf and on behalf of all others Similarly Situated<br><br>Plaintiffs,<br><br>vs.<br><br>PENNSYLVANIA DEPARTMENT<br>OF HEALTH and<br>RACHEL LEVINE, M.D.<br>In Her Official Capacity as Secretary of Health of the Commonwealth of Pennsylvania<br><br>Defendants | Hon. Chad Kenney<br><br>Case No. 20-cv-02038<br><br>**NOTICE OF DISMISSAL** |

Robert L. Sachs, Jr. Esq (#41355)
Theresa M. Blanco, Esq (#77468)
Shrager & Sachs
2300 One Commerce Square
2005 Market Street
Philadelphia PA 19103
rsachs@shragerlaw.com
tblanco@shragerlaw.com
(215) 568-7771

Peter D. Giglione, Esq. (#89523)
Massa, Butler, Giglione
Three Gateway Center – Ste 1543
401 Liberty Avenue
Pittsburgh, PA 15222
(412) 338-1800
pgiglione@mbp-law.com

*Attorneys for Plaintiffs*

Martin S. Kardon, Esq. (#26759)
Kanter, Bernstein & Kardon PC
1617 JFK Boulevard, Suite 1150
Philadelphia, PA 19103
215-568-5885
kardon@kbklaw.com

Robert F. Daley, Esq.(#81992)
D. Aaron Rihn, Esq.
Robert Peirce & Associates, P.C.
707 Grant Street, Suite 125
Pittsburgh PA 15219
(412) 281-7229
bdaley@peircelaw.com

*Attorneys for Plaintiffs*

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above captioned action.

                        Respectfully submitted,

                        SHRAGER & SACHS

By:    /s/ *Robert L. Sachs, Jr.*
            _____
            Robert L. Sachs, Jr.

June 30, 2019